IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASIO COMPUTER CO., LTD., | ) |
| | ) Case No. 23-cv-15704 |
| Plaintiff, | ) |
| | ) |
| | ) Judge Virginia M. Kendall |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND UNINCORPORATED | ) |
| ASSOCIATIONS IDENTIFIED | ) |
| ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on July 8, 2024 [Dkt. No. 111] in favor of Plaintiff CASIO COMPUTER CO., LTD. ("Plaintiff") and against the Defendant identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

**Doe**    **Seller**
177    BlueQ Store

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant is hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Dated: March 25, 2025            Respectfully submitted,

                                                        By:      s/Michael A. Hierl
                                                                 Michael A. Hierl (Bar No. 3128021)
                                                                  William B. Kalbac (Bar No. 6301771)
                                                                  Robert P. McMurray (Bar No. 6324332)
                                                                  Hughes Socol Piers Resnick & Dym, Ltd.
                                                                  Three First National Plaza
                                                                  70 W. Madison Street, Suite 4000
                                                                  Chicago, Illinois 60602
                                                                  (312) 580-0100 Telephone
                                                                  mhierl@hsplegal.com

                                                                  Attorneys for Plaintiff
                                                                  CASIO COMPUTER CO., LTD.

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 25, 2025.

                                                    s/Michael A. Hierl